**Ford Elsaesser**
pts1@ejame.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-0722 [Facsimile]
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 11-20834-TLM |
| MCHUGHES, KELSEY DAMON ) | |
| MCHUGHES, SUSAN LORRAINE ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |
| ) | |

---

**Notice of Objection to Claim of Exemption and Opportunity to Object and for a Hearing**

<u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within thirty **[30]** days of the date of this notice.  File the original objection with the Clerk, U. S. Bankruptcy Court, Federal Building, 6450 N. Mineral Dr., CDA ID 83815 and provide a copy to Ford Elsaesser, Trustee.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE ABOVE-NAMED COURT, THE DEBTOR, AND DEBTOR'S ATTORNEY:

<u>NOTICE</u>

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate objects to the following exemption(s) claimed by debtor(s) in this proceeding:

NOTICE OF OBJECTION  TO CLAIM OF EXEMPTION - 1

| Asset | Statute | Value of Asset |
|---|---|---|
| **Potential lawsuit against IKON Bar for personal injuries suffered to due to battery.** | Idaho Code § 11-604(1)© | 5,000.00 |

## OBJECTION

Objection(s) is made on the following grounds:
Debtor has asserted I. C. §11-604(1)(c) as the basis for their exemption. Debtors have not shown that these funds are reasonably necessary for support; Claim of exemption should be disallowed.

DATE:  October 11, 2011

/s/
Ford Elsaesser, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2011, I electronically filed **OBJECTION TO CLAIM OF EXEMPTION** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.

U. S. Trustee ustp.region18.bs.ecf@usdoj.gov

J Ford Elsaesser feecf@ejame.com, ID03@ecfcbis.com

Tyler S Wirick tyler.wirick@gmail.com, lunnenlaw@gmail.com

I further certify that, on the same date, I have served the foregoing document to the following non-CM/ECF Registered Participant(s) in the manner indicated:
Via United States Postal Service, first class mail, postage prepaid:

MCHUGHES, KELSEY DAMON
MCHUGHES, SUSAN LORRAINE
2808 N. 9TH ST. UNIT B.
COEUR D ALENE  ID  83815

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

/s/
Deborah Hillen
Administrative Assistant

NOTICE OF OBJECTION  TO CLAIM OF EXEMPTION - 2